# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE SCALIA, *Secretary of Labor, United States Department of Labor*,<br><br>Plaintiff,<br><br>v.<br><br>SHALIMAR DISTRIBUTORS LLC d/b/a PROMISED LAND TRUCK STOP, TAFS CORP. d/b/a WHISTLE STOP, and MOHAMMAD TAHIR, *individually and as owner and manager of the aforementioned corporations*,<br><br>Defendants. | No. 4:18-CV-01642<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 28th day of July 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. 33) is **GRANTED** as follows:

    a. Defendant Mohammad Tahir is an "employer" as defined by FLSA § 3(d).

    b. Defendants Shalimar Distributors LLC ("Promised Land") and TAFS Corporation ("Whistle Stop") are a covered enterprise under the FLSA.

    c.    Defendants violated FLSA § 11 by failing to maintain adequate timesheet and payroll records.

    d.    Defendants violated FLSA § 6 by failing to compensate Promised Land employees for time spent counting the cash register drawer or preparing end-of-shift reports for fuel and lottery sales.

    e.    Defendants violated FLSA § 6 by deducting from Promised Land employees' wages.

    f.    Defendants violated FLSA § 7 by failing to pay employees an overtime premium for all hours worked over forty in a work week.

    g.    Defendants' failure to comply with the FLSA was willful.

    h.    Defendants are liable for $119,381.14, consisting of $59,690.57 in back wages and $59,690.57 in liquidated damages.

    i.    Defendants are enjoined against future violations of the FLSA.

2.    The Clerk of Court is directed to ENTER JUDGMENT in favor of Plaintiff and CLOSE the case file.

                                              BY THE COURT:

                                              *s/ Matthew W. Brann*
                                              Matthew W. Brann
                                              United States District Judge