# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Eugene Scalia, Secretary of Labor, United States Department of Labor | : : : | |
| Plaintiff, | : : | Civil Action No. 4:18-CV-1642 |
| vs. | : : | |
| Shalimar Distributors LLC d/b/a Promised Land Truck Stop et al. | : : : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

\_\_\_ the plaintiff _____ recover from the defendant _____ the amount of $_____dollars ($           ), which includes prejudgment interest at the rate of _____percent, plus post judgment interest at the rate of _____ per annum, along with costs.

\_\_\_ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

**X**   OTHER:   Judgment is entered in favor of Plaintiff.

This action was:

\_\_\_\_ tried by a jury with Judge _____presiding   and the jury has rendered a verdict.
\_\_\_\_ tried by Judge _____ without a jury and the above decision was reached.
 **X**  decided by Judge Matthew W. Brann pursuant to July 28, 2020 Memorandum Opinion and Order.

Dated: 7/28/2020                    Peter Welsh, Clerk of Court
                                    By: s/Lisa A. Gonsalves, deputy